IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

FILED

JAN 2 1 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| Plaintiff, | ) | |
| v. | ) | CASE NO. **1:26 CR 00035** |
| DESHAWN HIGGINS, | ) | Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(vi), and (b)(1)(C) |
| Defendant. | ) | |

JUDGE BOYKO

COUNT 1
(Distribution of Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi))

The Grand Jury charges:

1.     On or about July 13, 2023, in the Northern District of Ohio, Eastern Division, Defendant DESHAWN HIGGINS did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B)(vi).

COUNT 2
(Possession with Intent to Distribute Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(C))

The Grand Jury further charges:

2.     On or about August 16, 2023, in the Northern District of Ohio, Eastern Division, Defendant DESHAWN HIGGINS did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## FORFEITURE

The Grand Jury further charges:

3.      The allegations of Counts 1 and 2 are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853. As a result of the foregoing, Defendant DESHAWN HIGGINS shall forfeit to the United States, all property constituting or derived from, any proceeds he obtained, directly or indirectly, as the result of such violations; and all property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.


A TRUE BILL.


Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.